## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REGINA KURRASCH** | : | **CIVIL ACTION** |
| | : | |
| **V.** | : | **12-2319** |
| | : | |
| **PFIZER, INC.** | : | |

## O R D E R

AND NOW, TO WIT: This 26th day of  March, 2013, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

ORDERED that the above action is **DISMISSED** with prejudice, pursuant to agreement of the parties.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**